**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1227

BEDES TAMASANG NDENGE,

        Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  August 22, 2008     Decided:  September 15, 2008

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Bedes Tamasang Ndenge, Petitioner Pro Se.  Andrew Brinkman, Craig William Kuhn, Trial Attorney, Elizabeth Joanne Stevens, Senior Litigation Counsel, M. Jocelyn Lopez Wright, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bedes Tamasang Ndenge, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his second motion to reopen. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a) (2008). Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for review for the reasons stated by the Board. See In re: Ndenge (B.I.A. Jan. 30, 2008). We deny Ndenge's motion to reopen and remand to the immigration judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2